IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Christopher Blitchington, | ) | C/A No. 0:20-cv-04520-SAL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Mike Hunt, *Aiken Co. Sheriff*; Captain Gallam; | ) | |
| Sue Leddbetter, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Christopher Blitchington, a self-represented state pretrial detainee, filed this civil rights action.[1]  By order issued March 2, 2021, Plaintiff was provided an opportunity to submit the documents necessary to bring the case into proper form for evaluation and possible service of process.  (ECF No. 7.)  Plaintiff was warned that failure to provide the necessary information within a specific time period would subject the case to dismissal.  Plaintiff asked for, and was granted, an extension of time to comply with the order, ECF Nos. 10, 11, but Plaintiff has not responded to the Order, and the time for response has lapsed.  Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court.  Therefore, the case is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

IT IS SO ORDERED.

May 11, 2021
Florence, South Carolina

/s/Sherri A. Lydon
Sherri A. Lydon
United States District Judge

---

[1] This case was separated from *Cunningham v. Hunt*, 20-4497.

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

0:20-cv-04520-SAL-PJG     Date Filed 05/11/21     Entry Number 17     Page 2 of 2